| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2012** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Baylson, Michael M. | 2. Court or Organization<br><br>U.S.D.C. Eastern Dist. of PA | 3. Date of Report<br><br>08/27/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>3810 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Penn Law School - Professor | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-Employed Physician |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law School | 11/28/2012 - 11/30/2012 | Raleigh, NC | Educational Seminar | Travel Expenses |
| 2. | George Mason | 12/02/2012 | Miami, FL | Professional Association Activity | Travel Expenses |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 08/27/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Mortgage | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 08/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameritrade JT Ten. | | | | | | | | | |
| 2. Alcatel-Lucent | | None | J | T | | | | | |
| 3. Broadwind Energy (Y) | | | | | | | | | |
| 4. CenturyLink, Inc. | A | Dividend | J | T | | | | | |
| 5. Cisco Systems Inc. | A | Dividend | J | T | | | | | |
| 6. Citigroup Inc. | A | Dividend | J | T | | | | | |
| 7. Columbia Labs | | None | J | T | Buy (add'l) | 04/23/12 | J | | |
| 8. Entech Solar (Y) | | | | | | | | | |
| 9. Entercom Communications Corp. | | None | J | T | | | | | |
| 10. First Niagara Financial Group, Inc. (Y) | | | | | | | | | |
| 11. Incyte Corporation | | None | J | T | Buy | 01/30/12 | J | | |
| 12. Intel Corp. | A | Dividend | K | T | Sold (part) | 07/16/12 | J | D | |
| 13. | | | | | Sold (part) | 07/18/12 | J | D | |
| 14. | | | | | Sold | 09/12/12 | K | E | |
| 15. iShares MSCI Brazil Ind | A | Dividend | J | T | | | | | |
| 16. LSI Logic (Y) | | | | | | | | | |
| 17. Nokia Corp. ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 08/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nortel | | None | J | T | | | | | |
| 19. Oncologix Tech Inc. | | None | J | T | | | | | |
| 20. Opko Health Inc. | | None | J | T | | | | | |
| 21. Pennsylvania Real Estate Invst | A | Dividend | K | T | | | | | |
| 22. Pep Boys | A | Dividend | | | Sold | 01/30/12 | J | D | |
| 23. Progenics Pharmaceuticals | | None | L | T | Buy (add'l) | 11/29/12 | J | | |
| 24. Prologics | A | Dividend | J | T | | | | | |
| 25. Qualcomm Communications | A | Dividend | K | T | | | | | |
| 26. RAIT Financial Trust | A | Dividend | J | T | | | | | |
| 27. Rentech | A | Dividend | J | T | | | | | |
| 28. Resource Capital Corp | A | Dividend | J | T | | | | | |
| 29. Safeguard Scientifics Inc. | | None | K | T | | | | | |
| 30. Solar Enertech Corp. (Y) | | | | | | | | | |
| 31. Teva Pharmaceutical Industries LTD. | A | Dividend | | | Sold | 04/10/12 | J | D | |
| 32. Unisys Corp. (Y) | | | | | | | | | |
| 33. Wells Fargo JTWROS | | | | | | | | | |
| 34. Fronteir Communications | A | Dividend | | | Sold | 12/13/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 08/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. International Business Machines | C | Dividend | M | T | | | | | |
| 36. Verizon Communications | D | Dividend | M | T | | | | | |
| 37. Wal-Mart de Mexico ADR | | None | | | Sold | 04/23/12 | J | D | |
| 38. Prologics Inc. | A | Dividend | | | Sold | 12/11/12 | K | A | |
| 39. Telecomunicaoes Brasileiras sa Telebras PFD (X) | | None | | | Sold | 12/14/12 | J | A | |
| 40. Wells Fargo Bank Deposit Sweeps | | None | K | T | | | | | |
| 41. WFBNA Colleteral Acct | | | | | | | | | |
| 42. CMF Money Market Portfolio | | None | J | T | | | | | |
| 43. AT&T Corp. | A | Dividend | J | T | | | | | |
| 44. Bank of America | A | Dividend | K | T | | | | | |
| 45. BP Plc Sponsored ADR | B | Dividend | K | T | | | | | |
| 46. ConocoPhillips | B | Dividend | K | T | | | | | |
| 47. Equifax Inc. | A | Dividend | | | Sold (part) | 12/11/12 | K | E | |
| 48. | | | | | Sold | 12/21/12 | K | E | |
| 49. Exelon Corp. | C | Dividend | L | T | | | | | |
| 50. Fidelity National Information Services | A | Dividend | K | T | | | | | |
| 51. General Electric Co. | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Baylson, Michael M. | 08/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. J.P. Morgan Chase & Co. | B | Dividend | K | T | | | | | |
| 53. Lender Processing Services Group | A | Dividend | J | T | | | | | |
| 54. Phillips 66 | A | Dividend | J | T | | | | | |
| 55. PNC Financial Services Corp | A | Dividend | K | T | | | | | |
| 56. NCR Corp. (Y) | | | | | | | | | |
| 57. PNC Financial Services Group | B | Dividend | K | T | | | | | |
| 58. Teradata | | None | J | T | | | | | |
| 59. Wells Fargo Company | A | Dividend | J | T | | | | | |
| 60. Western Digital Corp. Del | A | Dividend | J | T | | | | | |
| 61. Franklin Mutual Ser Fund Inc. | A | Dividend | L | T | | | | | |
| 62. Munder Funds Inc. Netnet Fund Class C | | None | | | Sold | 12/11/12 | K | A | |
| 63. Wells Fargo Advantage Emerging Markets Equity | | None | K | T | | | | | |
| 64. | | | | | | | | | |
| 65. Command Money Fund | A | Interest | J | T | | | | | |
| 66. Alcatel-Lucent | | None | J | T | | | | | |
| 67. MHM Services Inc. | | None | | | Sold | 06/30/12 | J | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 08/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.     IRA R/O | | | | | | | | | |
| 70. Adams Harkness Small Cap Growth | | None | K | T | Sold (part) | 02/01/12 | K | A | |
| 71. | | | | | Sold (part) | 08/16/12 | J | A | |
| 72. Baron Growth | C | Dividend | K | T | Sold (part) | 02/01/12 | J | C | |
| 73. | | | | | Sold (part) | 09/07/12 | J | B | |
| 74. BlackRock Low Duration | C | Dividend | M | T | | | | | |
| 75. DFA Emerging Markets Core Equity | A | Dividend | K | T | | | | | |
| 76. DFA Global Real Estate Securities | C | Dividend | K | T | Sold (part) | 08/01/12 | J | A | |
| 77. | | | | | Sold (part) | 09/07/12 | J | A | |
| 78. DFA Int'l Small Cap Value | B | Dividend | L | T | | | | | |
| 79. DFA Int'l Value | C | Dividend | M | T | | | | | |
| 80. DFA One Year Fixed Income | B | Dividend | M | T | Sold (part) | 06/14/12 | K | A | |
| 81. DFA Short Term Govt | C | Dividend | M | T | | | | | |
| 82. DFA US Large Cap Value | B | Dividend | L | T | Sold (part) | 09/07/12 | J | A | |
| 83. DFA US Micro Cap | B | Dividend | K | T | Sold (part) | 04/18/12 | J | A | |
| 84. | | | | | Sold (part) | 09/07/12 | J | A | |
| 85. DFA US Small Cap Value | C | Dividend | L | T | Sold (part) | 02/01/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 08/27/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/07/12 | J | A | |
| 87. Dodge and Cox Stock | A | Dividend | K | T | Buy (add'l) | 04/18/12 | K | | |
| 88. E.I.I. Global Property INST | A | Dividend | K | T | Buy | 02/01/12 | K | | |
| 89. First Eagle Overseas | C | Dividend | L | T | | | | | |
| 90. Hotchkis & Wiley Large Cap Value | B | Dividend | K | T | Sold (part) | 01/11/12 | K | | |
| 91. | | | | | Sold (part) | 08/16/12 | J | | |
| 92. Hotchkis & Wiley Mid Cap Value | A | Dividend | L | T | Sold (part) | 02/01/12 | K | | |
| 93. | | | | | Sold (part) | 04/18/12 | J | A | |
| 94. | | | | | Sold (part) | 08/01/12 | J | | |
| 95. | | | | | Sold (part) | 09/07/12 | J | A | |
| 96. Ivy Mid Cap Growth | A | Dividend | K | T | Sold (part) | 02/01/12 | J | A | |
| 97. Janus Fund | A | Dividend | L | T | Sold (part) | 01/11/12 | K | | |
| 98. | | | | | Sold (part) | 06/16/12 | J | | |
| 99. Janus Overseas | B | Dividend | L | T | Sold (part) | 04/18/12 | J | B | |
| 100. Maingate MLP Fund | C | Dividend | L | T | Buy | 02/01/12 | L | | |
| 101. Metropolitan West Total Return Bond | D | Dividend | M | T | | | | | |
| 102. Morgan Stanley Emerging Mkts | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 08/27/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Morgan Stanley Intl Eqty Fund | B | Dividend | L | T | Sold (part) | 02/01/12 | K | | |
| 104. | | | | | Sold (part) | 08/16/12 | J | | |
| 105. | | | | | Sold (part) | 10/25/12 | J | | |
| 106. Royce Opportunity Invt | C | Dividend | L | T | Buy (add'l) | 08/01/12 | K | | |
| 107. Royce Value Plus | | None | | | Sold | 08/01/12 | K | B | |
| 108. RS Global Natural Resources FD | A | Dividend | K | T | Buy | 02/01/12 | K | | |
| 109. Schwab Advisor Cash Reserves | A | Dividend | J | T | | | | | |
| 110. Sound Shore | | None | | | Sold | 02/01/12 | L | | |
| 111. Third Ave Intl Value | A | Dividend | K | T | Sold (part) | 04/18/12 | J | | |
| 112. Thornburg Intl Value | A | Dividend | L | T | | | | | |
| 113. Turner Large Growth Fund | A | Dividend | K | T | Sold (part) | 01/11/12 | K | | |
| 114. | | | | | Sold (part) | 09/07/12 | J | | |
| 115. Westcore Intl Small Cap Fund | A | Dividend | K | T | Sold (part) | 04/18/12 | J | B | |
| 116. | | | | | Sold (part) | 10/25/12 | J | A | |
| 117. Westcore Mid-Cap Value | A | Dividend | L | T | Sold (part) | 02/01/12 | J | A | |
| 118. | | | | | Sold (part) | 08/16/12 | J | A | |
| 119. Westcore MIDCO Growth | A | Dividend | K | T | Sold (part) | 02/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 08/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 04/18/12 | J | | |
| 121. William Blair Intl Growth | B | Dividend | L | T | Sold (part) | 04/18/12 | J | | |
| 122. William Blair Intl Small Cap Growth | A | Dividend | K | T | Sold (part) | 08/16/12 | J | A | |
| 123. William Blair Large Cap Growth | | None | L | T | Sold (part) | 01/11/12 | J | A | |
| 124. | | | | | Sold (part) | 04/18/12 | J | B | |
| 125. William Blair Mid Cap Growth | A | Dividend | K | T | Sold (part) | 02/01/12 | J | | |
| 126. | | | | | Sold (part) | 04/18/12 | J | A | |
| 127. William Blair Small Cap Growth | A | Dividend | K | T | Buy | 02/01/12 | K | | |
| 128. ▢ IRA R/O | | | | | | | | | |
| 129. Adams Harkness Small Cap Growth | | None | K | T | Sold (part) | 02/01/12 | J | | |
| 130. | | | | | Sold (part) | 09/07/12 | J | A | |
| 131. Baron Growth | C | Dividend | K | T | Sold (part) | 02/01/12 | J | C | |
| 132. | | | | | Sold (part) | 08/16/12 | J | A | |
| 133. | | | | | Sold (part) | 09/07/12 | J | A | |
| 134. BlackRock Low Duration Bond | C | Dividend | M | T | Sold (part) | 06/14/12 | K | A | |
| 135. DFA Emerging Markets Core Equity | A | Dividend | K | T | | | | | |
| 136. DFA Global Real Estate Securities | B | Dividend | K | T | Sold (part) | 08/01/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 08/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 09/07/12 | J | A | |
| 138. DFA Int'l Small Cap Value | B | Dividend | K | T | | | | | |
| 139. DFA Int'l Value | C | Dividend | L | T | | | | | |
| 140. DFA One Year Fixed Income | A | Dividend | M | T | | | | | |
| 141. DFA Short Term Govt | B | Dividend | M | T | | | | | |
| 142. DFA US Large Cap Value | B | Dividend | L | T | Sold (part) | 04/18/12 | J | | |
| 143. | | | | | Sold (part) | 06/16/12 | J | | |
| 144. DFA US Micro Cap | C | Dividend | K | T | Sold (part) | 09/07/12 | J | A | |
| 145. DFA US Small Cap Value | C | Dividend | K | T | Sold (part) | 02/01/12 | K | | |
| 146. | | | | | Sold (part) | 09/07/12 | J | A | |
| 147. Dodge and Cox Stock | A | Dividend | K | T | Sold (part) | 04/18/12 | K | | |
| 148. | | | | | Sold (part) | 09/07/12 | J | | |
| 149. E.I.I. Global Property INST | A | Dividend | K | T | Buy | 02/01/12 | K | | |
| 150. First Eagle Overseas | C | Dividend | K | T | | | | | |
| 151. Hotchkis & Wiley Large Cap Value | A | Dividend | K | T | Sold (part) | 01/11/12 | K | | |
| 152. | | | | | Sold (part) | 09/07/12 | J | | |
| 153. Hotchkis & Wiley Mid Cap Value | A | Dividend | K | T | Sold (part) | 02/01/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 08/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 04/18/12 | J | | |
| 155. | | | | | Sold (part) | 08/01/12 | J | | |
| 156. Ivy Mid Cap Growth | A | Dividend | K | T | Sold (part) | 02/01/12 | K | A | |
| 157. Janus Fund | A | Dividend | K | T | Sold (part) | 01/11/12 | K | | |
| 158. | | | | | Sold (part) | 08/16/12 | J | | |
| 159. Janus Overseas | B | Dividend | K | T | | | | | |
| 160. Maingate MLP Fund | C | Dividend | L | T | Buy | 02/01/12 | L | | |
| 161. Metropolitan West Total Return Bond | D | Dividend | M | T | | | | | |
| 162. Morgan Stanley Emerging Mkts | A | Dividend | K | T | | | | | |
| 163. Morgan Stanley Intl Eqty Fund | B | Dividend | L | T | Sold (part) | 02/01/12 | K | | |
| 164. | | | | | Sold (part) | 08/16/12 | J | | |
| 165. | | | | | Sold (part) | 10/25/12 | J | | |
| 166. Royce Opportunity Invt | C | Dividend | L | T | Buy (add'l) | 08/01/12 | K | | |
| 167. Royce Value Plus | | None | | | Sold | 08/01/12 | K | B | |
| 168. RS Global Natural Resources FD | A | Dividend | K | T | Buy | 02/01/12 | K | | |
| 169. Schwab Advisor Cash Reserves | A | Dividend | J | T | | | | | |
| 170. Third Ave Intl Value | A | Dividend | K | T | Sold (part) | 04/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 08/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Thornburg Intl Value | A | Dividend | L | T | Sold (part) | 02/01/12 | J | | |
| 172. Turner Large Growth Fund | A | Dividend | K | T | Sold (part) | 01/11/12 | K | | |
| 173. | | | | | Sold (part) | 09/07/12 | J | | |
| 174. Westcore Intl Small Cap Fund | A | Dividend | K | T | Sold (part) | 04/18/12 | J | B | |
| 175. | | | | | Sold (part) | 09/07/12 | J | B | |
| 176. Westcore Mid-Cap Value | A | Dividend | K | T | Sold (part) | 02/01/12 | J | A | |
| 177. | | | | | Sold (part) | 08/16/12 | J | A | |
| 178. Westcore MIDCO Growth | A | Dividend | K | T | Sold (part) | 02/01/12 | J | | |
| 179. William Blair Intl Growth | B | Dividend | K | T | Sold (part) | 04/18/12 | J | | |
| 180. William Blair Intl Small Cap Growth | A | Dividend | K | T | Sold (part) | 08/16/12 | J | | |
| 181. William Blair Large Cap Growth | | None | K | T | Sold (part) | 01/11/12 | K | B | |
| 182. | | | | | Sold (part) | 04/18/12 | J | A | |
| 183. William Blair Mid Cap Growth | A | Dividend | K | T | Sold (part) | 08/16/12 | J | A | |
| 184. William Blair Small Cap Growth | A | Dividend | K | T | Buy | 02/01/12 | K | | |
| 185. ▓▓ SEP IRA | | | | | | | | | |
| 186. DFA Global 60/40 | A | Dividend | K | T | Buy (add'l) | 04/18/12 | J | | |
| 187. ▓▓▓▓ | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 08/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Schwab Advisor Premium Cash Reserve | A | Dividend | M | T | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191.  Rental Property; Philadelphia, PA | E | Rent | O | W | | | | | |
| 192.  Greenspan-Baylson Partnership | C | Int./Div. | K | U | | | | | |
| 193. | D | Distribution | | | | | | | |
| 194.  BB Partnership | | None | J | W | | | | | |
| 195.  Zabecor | | None | J | W | | | | | |
| 196.  LLR Equity Partners Parallel III | E | Distribution | L | U | | | | | |
| 197.  Planet Data Acq. | | None | K | W | | | | | |
| 198.  Advanced Reproductive Care | | None | J | W | | | | | |
| 199.  Baumrin et al Partnership | | None | K | W | | | | | |
| 200.  Keystone Property | C | Distribution | J | W | | | | | |
| 201.  Versa Capital | C | Int./Div. | K | W | | | | | |
| 202. | C | Distribution | | | | | | | |
| 203.  Melior Pharmaceuticals | | None | J | T | | | | | |
| 204.  Allied Biosciences Services | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 08/27/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Row 54: Phillips 66 was spun off from ConocoPhillips (line 46) and began trading on May, 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael M. Baylson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544